# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARTHUR HENRY EDSALL, SR., | No. 2:18-CV-1858-MCE-DMC |
| Plaintiff, | |
| v. | ORDER |
| JOHN BATTLE, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. In light of plaintiff's failure to comply with the court's February 19, 2019, order, the initial scheduling conference set for June 26, 2019, before the undersigned in Redding, California, is hereby vacated.

IT IS SO ORDERED.

Dated: March 26, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE